BENJAMIN A. EMMERT, Bar No. 212157
LITTLER MENDELSON, P.C.
50 West San Fernando Street, 7th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Fax No.: 408.288.5686
E-mail: bemmert@littler.com

DOUGLAS A. WICKHAM, Bar No. 127268
HELEN BRAGINSKY, Bar No. 282359
LITTLER MENDELSON, P.C.
633 West Fifth Street, 63rd Fl.
Los Angeles, California 90071.3541
Telephone: 213.443.4300
Fax No.: 213.443.4299
E-mail:dwickham@littler.com
E-mail:hbraginsky@littler.com

Attorneys for Plaintiff
JLT SPECIALTY INSURANCE SERVICES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JLT SPECIALTY INSURANCE SERVICES INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GARY PESTANA, an individual; SARAH SHERMAN, an individual; DUSTIN SMITH, an individual; and RAMY MORCOS, an individual,<br><br>　　　　　　　Defendants. | Case No. 3:19-cv-02427<br><br>**DECLARATION OF JOSEPH G. POCHRON IN SUPPORT OF JLT SPECIALTY INSURANCE SERVICES INC. *EX PARTE* APPLICATION FOR (1) TEMPORARY RESTRAINING ORDER; (2) EXPEDITED DISCOVERY; AND (3) ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>Date: May 13, 2019<br>Time: TBD<br>Dept.: TBD<br><br>Complaint Filed: May 3, 2019<br>Trial Date: Not Set |

1.
Case No. 3:19-cv-02427
DECLARATION OF JOSEPH G. POCHRON ISO EX PARTE APPLICATION FOR TRO,
EXPEDITED DISCOVERY, AND OSC

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

I, Joseph G. Pochron, declare as follows:

1. I am an adult over the age of 18 and have personal knowledge of the facts set forth herein and if called as a witness in this matter could and would testify competently to the following facts.

2. I currently serve as President, Forensic Technology & Consulting of TransPerfect Legal Solutions ("TransPerfect"), an international provider of complex data and discovery management services to corporations and law firms, including assisting with preservation of data, computer forensics, mobile forensics, and data collection. I have more than 13 years of experience in digital forensics. Before joining TransPerfect in 2014, I served at the Commanding Officer of the cybercrime task force and digital forensics laboratory for the Lehigh County, PA District Attorney's office. I hold several industry-recognized certifications, and I have provided affidavits and expert testimony as a forensic expert in various legal proceedings throughout the United States. My curriculum vitae is annexed as **Exhibit 1** and outlines my education and professional experience to date.

3. As pertinent to this application, TransPerfect has been retained as a consultant to perform forensic computer investigation services on electronic devices issued by JLT Specialty Insurance Services Inc. ("JLT") to certain of its former employees.

4. Acting as a consultant and technical expert, TransPerfect performed a forensic inspection of the laptop computers returned to JLT by Mr. Gary Pestana, Ms. Sarah Sherman, and Mr. Ramy Morcos, and of iPhones returned to JLT by Mr. Gary Pestana, Ms. Sarah Sherman, Mr. Dustin Smith and Mr. Ramy Morcos.

5. Stated below is a summary of findings resulting from TransPerfect's work that I have personal knowledge of with respect to the forensic analysis.

### SUMMARY OF FINDINGS

**Laptop Computers Issued By JLT to Mr. Gary Pestana, Ms. Sarah Sherman and Mr. Ramy Morcos**

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

2.   Case No. 3:19-cv-02427
DECLARATION OF JOSEPH G. POCHRON ISO EX PARTE APPLICATION FOR TRO, EXPEDITED DISCOVERY, AND OSC

6. TransPerfect received three laptop computers from JLT that JLT represented had been previously issued to three former employees—Mr. Gary Pestana, Ms. Sarah Sherman and Mr. Ramy Morcos—as described below. Upon receipt, TransPerfect made a bit-by-bit (exact duplicate) forensic image of each of the hard drives of three laptop devices using Paladin Forensic 7.04 and stored the forensic images on clean media in RAID 1 arrays (one set of media for each laptop imaged). Each device was then inspected for evidence of the use of external storage devices and accounts and for evidence of transfer of files to such devices and accounts.

### Laptop Computer Issued By JLT to Mr. Gary Pestana

7. TransPerfect received a laptop computer from JLT that JLT represented had been previously issued to Gary Pestana and returned by Mr. Pestana to JLT on the termination of his employment. The laptop computer is a Lenovo Thinkpad X250, serial number PC-047CSX, asset tag USLT11710, evidence number C2028950-078-003 (the "Pestana laptop"). I understand Mr. Pestana resigned from JLT on about March 21, 2019.

8. Following receipt and imaging of the Pestana laptop, TransPerfect performed a forensic analysis to determine whether there was evidence of external storage devices, including USB devices, being attached to the laptop.

9. Based on TransPerfect's inspection, I determined that multiple external electronic storage devices had been attached to the Pestana laptop between March 11, 2019, and March 22, 2019. I also determined that several devices were last attached on March 22, 2019, the day after Mr. Pestana's last day of employment with JLT.

10. The following table lists the external electronic storage devices connected to the Pestana laptop in March 2019 and the date and time of connection:

| Serial Number | Friendly Name | Last Connected Date/Time - UTC+00:00 (M/d/yyyy) |
|---|---|---|
| 0647313A3B78B4F83017&0 | Generic Flash Disk USB Device | 3/22/2019 1:24:45 PM |
| 0647313A3B78B4F83017 | Alcor USB Drive | 3/22/2019 3:12:02 PM |
| b099c63353d04f6041dc24a2fbea9d8df637c5b1 | Apple iPhone | 3/22/2019 3:12:02 PM |

Littler Mendelson, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

3.   Case No. 3:19-cv-02427
DECLARATION OF JOSEPH G. POCHRON ISO EX PARTE APPLICATION FOR TRO, EXPEDITED DISCOVERY, AND OSC

| | | |
|---|---|---|
| 0014785448B1BF2107422F1E | Kingston DataTraveler 3.0 USB Device | 3/22/2019 3:12:02 PM |
| 60A44C413C4EFF6179840234 | Kingston DataTraveler 3.0 USB Device | 3/22/2019 3:12:02 PM |
| 60A44C4252A8FF6179930228 | Kingston DataTraveler 3.0 USB Device | 3/22/2019 3:12:02 PM |
| 07014A7279279C11 | Patriot Memory USB Device | 3/22/2019 3:12:02 PM |
| 4&23c995a0&0&000000 | ST500LM0 21-1KJ152 SCSI Disk Device | 3/22/2019 3:12:02 PM |
| 0647313A3B78B4F83017&0 | Generic Flash Disk USB Device | 3/22/2019 1:24:45 PM |
| 0647313A3B78B4F83017 | Alcor USB Drive | 3/11/2019 4:32:21 PM |
| b099c63353d04f6041dc24a2fbea9d8df637c5b1 | Apple iPhone | 3/11/2019 4:32:21 PM |
| 0014785448B1BF2107422F1E | Kingston DataTraveler 3.0 USB Device | 3/11/2019 4:32:21 PM |
| 60A44C4252A8FF6179930228 | Kingston DataTraveler 3.0 USB Device | 3/11/2019 4:32:21 PM |
| 60A44C413C4EFF6179840234 | Kingston DataTraveler 3.0 USB Device | 3/11/2019 4:32:21 PM |
| 07014A7279279C11 | Patriot Memory USB Device | 3/11/2019 4:32:21 PM |
| 4&23c995a0&0&000000 | ST500LM0 21-1KJ152 SCSI Disk Device | 3/14/2019 3:08:15 PM |

11.  TransPerfect also performed forensic analysis to determine whether there was evidence of files being transferred from the Pestana laptop to an external storage device. A file titled "My Contacts" was created and transferred to Volume D of the Pestana laptop on March 21, 2019, the last day of Mr. Pestana's employment. On the same day, "0647313A3B783017&0 Generic Flash Disk USB Device" was mounted as Volume D of the Pestana laptop and the "My Contacts" file was transferred to Volume D.

12.  Other file transfers may have occurred without leaving evidence. In order to determine if JLT's confidential information was copied to other external storage devices that were attached to the Pestana laptop, I would need to conduct a forensic analysis of those devices, and of the computers on which the external devices were subsequently used.

13.  TransPerfect also performed forensic analysis to determine whether there was evidence of external storage accounts being accessed from the Pestana laptop. Based on TransPerfect's inspection, I determined that there was what appears to be an active Dropbox account with metadata last updated on March 21, 2019, the last day of Mr. Pestana's employment with JLT.

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

4.                                                     Case No. 3:19-cv-02427
DECLARATION OF JOSEPH G. POCHRON ISO EX PARTE APPLICATION FOR TRO, EXPEDITED DISCOVERY, AND OSC

14. To determine whether JLT's confidential information was downloaded to an external storage account, I would need to conduct a forensic analysis of those accounts and the devices and/or computers that were subsequently used to access those sites.

**Laptop Computer Issued By JLT to Ms. Sarah Sherman**

15. TransPerfect received a laptop computer from JLT that JLT represented had been issued to Sarah Sherman and returned to JLT by Ms. Sherman on the termination of her employment. The laptop computer is a Lenovo Thinkpad X250, serial number PC-0A4368, asset tag USLT12022, evidence number C2028950-078-0002 (the "Sherman laptop"). I understand Ms. Sherman resigned from JLT on about March 20, 2019.

16. Following receipt and imaging of the Pestana laptop, TransPerfect performed a forensic analysis to determine whether there was evidence of external storage devices, including USB devices, being attached to the laptop.

17. The following table lists the external electronic storage devices connected to the Sherman laptop in during the period January to March, 2019 and the date and time of connection:

| Serial Number | Friendly Name | Last Connected Date/Time UTC |
|---|---|---|
| G090KB0374920H1C&0 | Kindle Internal Storage USB Device | 2/12/2019 9:28:20 PM |
| 2ED82597&0 | Verbatim STORE N GO USB Device | 1/15/2019 9:14:53 PM |
| 4&367ca1ef&0 | USB Root Hub | 3/20/2019 3:00:24 PM |
| 97153985 | Alcor USB Drive | 3/19/2019 2:55:08 PM |
| 0000802000013D283650003A | Apple iPhone | 3/19/2019 2:55:08 PM |
| c590a9386031772f9a65a8ea142c8dc8db72023a | Apple iPhone | 3/19/2019 2:55:08 PM |
| 60A44C3FAC2DFF61798A00F1 | Kingston DataTraveler 3.0 USB Device | 3/19/2019 2:55:08 PM |
| 60A44C413942FF61798D01BF | Kingston DataTraveler 3.0 USB Device | 3/19/2019 2:55:08 PM |
| 2ED82597 | Verbatim STORE N GO USB Device | 3/19/2019 2:55:08 PM |
| G090KB0374920H1C | Amazon Kindle 3/4/Paperwhite | 3/19/2019 2:55:08 PM |
| 4&23c995a0&0&000000 | ST500LM0 21-1KJ152 SCSI Disk Device | 3/20/2019 3:00:01 PM |
| G090KB0374920H1C&0 | Kindle Internal Storage USB Device | 2/12/2019 9:28:20 PM |
| 2ED82597&0 | Verbatim STORE N GO USB Device | 1/15/2019 9:14:53 PM |
| 4&367ca1ef&0 | USB Root Hub | 3/14/2019 4:24:30 AM |
| 97153985 | Alcor USB Drive | 3/14/2019 4:24:30 AM |
| 0000802000013D283650003A | Apple iPhone | 3/14/2019 4:24:30 AM |
| c590a9386031772f9a65a8ea142c8dc8db72023a | Apple iPhone | 3/14/2019 4:24:30 AM |
| 60A44C3FAC2DFF61798A00F1 | Kingston DataTraveler 3.0 USB Device | 3/14/2019 4:24:30 AM |
| 60A44C413942FF61798D01BF | Kingston DataTraveler 3.0 USB Device | 3/14/2019 4:24:30 AM |
| 2ED82597 | Verbatim STORE N GO USB Device | 3/14/2019 4:24:30 AM |
| G090KB0374920H1C | Amazon Kindle 3/4/Paperwhite | 3/14/2019 4:24:30 AM |
| 4&23c995a0&0&000000 | ST500LM0 21-1KJ152 SCSI Disk Device | 3/14/2019 4:24:30 AM |

18. Based on TransPerfect's inspection, I determined that multiple external

5.   Case No. 3:19-cv-02427

DECLARATION OF JOSEPH G. POCHRON ISO EX PARTE APPLICATION FOR TRO, EXPEDITED DISCOVERY, AND OSC

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

electronic storage devices had been attached to the Sherman laptop between January 15, 2019, and March 20, 2019.

19. Because files may be transferred without leaving forensic evidence on the computer, in order to determine if JLT's confidential information was copied to the external storage devices that were attached to the Sherman laptop, I would need to conduct a forensic analysis of those devices, and of the computers on which the external devices were subsequently used.

### Laptop Computer Issued By JLT to Mr. Ramy Morcos

20. TransPerfect received a laptop computer from JLT that JLT represented had been issued to Ramy Morcos and returned to JLT by Mr. Morcos on the termination of his employment. The laptop computer is a Lenovo Thinkpad X250, serial number PC-053PSR, asset tag USLT11895, evidence number C2028950-078-0001 (the "Morcos laptop"). The Morcos laptop was sent to TransPerfect by JLT. I understand Mr. Morcos resigned from JLT on about March 26, 2019.

21. Following receipt of the Morcos laptop, TransPerfect performed an analysis to determine whether there was any forensic evidence showing external storage devices, including USB devices, being connected to the laptop.

22. The following is a table outlining the external electronic storage devices that had been connected to the Morcos laptop during March 2019:

| Serial Number | Friendly Name | Last Connected Date/Time - UTC |
|---|---|---|
| 60A44C3FACD3BF20B96F0099&0 | Kingston DataTraveler 3.0 USB Device | 3/20/2019 2:58:10 PM |
| 2C27D7349F00BFC070001709&0 | Kingston DT4000 G2 USB Device | 3/25/2019 11:42:20 PM |
| 200519419109FD32A5E6&0 | SanDisk Cruzer Glide USB Device | 3/20/2019 2:58:10 PM |
| 2C27D7349F00BFC070001709&1 | Kingston DT4000 G2 USB Device | 3/25/2019 11:41:34 PM |
| 0000802000014C1C1A88003A | Apple iPhone | 3/20/2019 6:46:22 PM |
| 3aeb4d438cd6541cf828834589b75b6d78e1d111 | Apple iPhone | 3/20/2019 2:58:10 PM |
| 23754f99e91030584ee202e602cf39b17b43fcca | Apple iPhone | 3/20/2019 2:58:10 PM |
| 4f6a7c153e9c1c8244de39e451b59b4a0ac29d6c | Apple iPhone | 3/20/2019 2:58:10 PM |
| 5d432ce22380a018075c2712641a34f134f249e1 | Apple iPhone | 3/20/2019 2:58:10 PM |
| 60c8a8496d1fc706deaf93327529c076c8eb7b08 | Apple iPhone | 3/20/2019 2:58:10 PM |
| 6a83fc3da7d4f53a66900e24b5759d6b87c1b1c8 | Apple iPhone | 3/20/2019 2:58:10 PM |
| 768e1b98390aeb9055cc0bc019da27c75bc0db53 | Apple iPhone | 3/20/2019 2:58:10 PM |
| ab964e7625ebd6badfdfe3b341a70fcf5d25ea75 | Apple iPhone | 3/20/2019 2:58:10 PM |
| 800c3c83e875a902abdd6d73025c5a91e803c7a4 | Apple iPhone | 3/20/2019 2:58:10 PM |
| a96b2507f0abd315ae0c5110d762c7c7ff356cac | Apple iPhone | 3/20/2019 2:58:10 PM |
| 8d0f1d19ce1c5e311c682d3e1f3b1b97db567647 | Apple iPhone | 3/20/2019 2:58:10 PM |
| bb8eba9e5405c76bc8384b72223171f1f15a1910 | Apple iPhone | 3/21/2019 2:15:37 PM |
| ef3d9f73f7f25d0e97267b40b6646c9b32fcb805 | Apple iPhone | 3/20/2019 2:58:10 PM |
| 9d91a9cfaf565520e35f4379f6b80906092ee678 | Apple iPad | 3/20/2019 2:58:10 PM |
| 20044320300CC5A0FD3A | Sandisk Cruzer USB | 3/20/2019 2:58:10 PM |
| 0060E049DF86CE30CC795697 | Kingston DataTraveler 3.0 USB Device | 3/20/2019 2:58:10 PM |
| 2C27D7349F00BFC070001709 | Kingston USB | 3/25/2019 11:41:34 PM |
| 07000707431DB6D75F65 | Imation Secure + USB Device | 3/20/2019 2:58:10 PM |
| 20042401010591B38C4A | WD Sandisk USB | 3/20/2019 2:58:10 PM |
| SNDKA919140171108605 | SanDisk Cruzer Mini USB Device | 3/20/2019 2:58:10 PM |
| 60A44C413C4EFF6179840236 | Kingston DataTraveler 3.0 USB Device | 3/20/2019 2:58:10 PM |
| 60A44C426697FF6179810ABD | Kingston DataTraveler 3.0 USB Device | 3/20/2019 2:58:10 PM |
| 4&23c995a0&0&000000 | ST500LM0 21-1KJ152 SCSI Disk Device | 3/26/2019 3:31:06 PM |
| 2C27D7349F00BFC070001709&0 | Kingston DT4000 G2 USB Device | 3/25/2019 11:42:20 PM |
| 2C27D7349F00BFC070001709 | Kingston USB | 3/20/2019 2:58:10 PM |
| 4&23c995a0&0&000000 | ST500LM0 21-1KJ152 SCSI Disk Device | 3/25/2019 4:25:49 PM |

23. Based on my inspection, I determined that multiple external electronic storage devices were attached to the Morcos laptop computer between March 20, 2019, and March 26, 2019.

24. Because files may be transferred without leaving forensic evidence on the computer, in order to determine if JLT's confidential information was copied to the external storage devices that were hooked up to Mr. Morcos' laptop computer, I would need to conduct a forensic analysis of those devices, and of the computers on which the external devices were subsequently used.

25. TransPerfect also performed forensic analysis to determine whether there was evidence of external storage accounts being accessed from the Morcos laptop. Based on TransPerfect's inspection, I determined that use of multiple accounts, with activity as recent as

March 6, 2019 for Dropbox.

26. To determine whether JLT's confidential information was downloaded to an external storage account, I would need to conduct a forensic analysis of those accounts and the devices and/or computers that were subsequently used to access those sites.

### iPhones Issued By JLT to Mr. Gary Pestana, Ms. Sarah Sherman, Mr. Dustin Smith and Mr. Ramy Morcos

27. TransPerfect received four iPhones from JLT that JLT represented had been previously issued to four former employees—Gary Pestana, Sarah Sherman, Dustin Smith and Ramy Morcos—as described below.

### iPhone Issued By JLT to Mr. Gary Pestana

28. TransPerfect received from JLT an Apple iPhone from JLT that JLT represented had been previously issued to Gary Pestana and returned by Mr. Pestana to JLT on the termination of his employment. The iPhone is an iPhone 6 model A1549, evidence number 068-0002. Upon examination, TransPerfect found that the iPhone had also been rest to factory settings so that no data would be recoverable from it. Because of the condition it was returned in the device's serial number was not available.

### iPhone Issued By JLT to Ms. Sarah Sherman

29. TransPerfect received from JLT an Apple iPhone from JLT that JLT represented had been previously issued to Gary Pestana and returned by Mr. Pestana to JLT on the termination of his employment. The iPhone is an iPhone 6 model A1549, evidence number 068-0003. This iPhone was sent to TransPerfect by JLT. Upon examination, TransPerfect found that the iPhone had also been rest to factory settings so that no data would be recoverable from it. Because of the condition it was returned in the device's serial number was not available.

### iPhone Issued By JLT to Mr. Dustin Smith

30. TransPerfect received from JLT an Apple iPhone from JLT that JLT represented had been previously issued to Mr. Dustin Smith and returned by Mr. Pestana to JLT on

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

8.  Case No. 3:19-cv-02427
DECLARATION OF JOSEPH G. POCHRON ISO EX PARTE APPLICATION FOR TRO, EXPEDITED DISCOVERY, AND OSC

the termination of his employment. The iPhone is an iPhone 6 model A1549, evidence number 068-0005. Upon examination, TransPerfect found that the iPhone had been disabled so that it could not be accessed for forensic examination. Because of the condition it was returned in the device's serial number was not available. Because routine methods of removing the device from its disabled state would cause data to be wiped, to determine whether the iPhone contains data I would need to explore the use of advanced forensic measures.

### iPhone Issued By JLT to Mr. Ramy Morcos

31. TransPerfect received from JLT an Apple iPhone from JLT that JLT represented had been previously issued to Mr. Dustin Smith and returned by Mr. Pestana to JLT on the termination of his employment. The iPhone is an iPhone 7 model A1778, evidence number 068-0001. Upon examination, TransPerfect found that the iPhone had also been disabled so that it could not be accessed for forensic examination. Because of the condition it was returned in the device's serial number was not available. Because routine methods of removing the device from its disabled state would cause data to be wiped, to determine whether the iPhone contains data I would need to explore the use of advanced forensic measures.

I declare under the laws of the United States of America and the laws of the State of California that the foregoing is true and correct.

Dated:

_____
Joseph G. Pochron

DECLARATION OF JOSEPH G. POCHRON ISO EX PARTE APPLICATION FOR TRO, EXPEDITED DISCOVERY, AND OSC

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150