

Sean E. O'Donnell
**Partner**
Phone: 212.592.1545
Fax: 212.545.3410
sodonnell@herrick.com

May 21, 2019

<u>VIA EMAIL</u>

The Honorable Maxine M. Chesney
Philip Burton Federal Building
& United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *JLT Specialty Insurance Services, Inc. v. Gary Pestana et al., 3:19-cv-2427*

Your Honor:

We apologize for contributing to the letter writing campaign, but we cannot let Plaintiff's bad faith allegations go unaddressed. As our edits to page one of the proposed Joint Stipulation made very clear, and as we stated during our call with the Court, Defendants are unwilling to stipulate to a TRO. Here is an image of our revision:

> JOINT ~~STIPULATED PROTECTIVE ORDER, RESTRAINING ORDER AND AGREEMENT FOR EXPEDITED DISCOVERY; [PROPOSED] ORDER~~ <u>SO-ORDERED STIPULATION</u>

We disagree with the remaining contentions in Plaintiff's letter, but we will not burden the Court with more back-and-forth.

 Respectfully submitted,


*/s/ Sean E. O'Donnell*
Sean E. O'Donnell


cc:   All Counsel of Record (via Email)