IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JLT SPECIALTY INSURANCE SERVICES, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARY PESTANA, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-02427-MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANTS' MOTION TO COMPEL** |

　　　　Pursuant to Civil Local Rule 72-1, defendants' "Motion to Compel," filed July 17, 2019, as well as all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

　　　　After the parties have met and conferred, see Civil L.R. 37-1, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions - General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties as to the manner in which that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

1    The September 6, 2019, hearing before the undersigned is hereby VACATED.

2    **IT IS SO ORDERED.**

3    Dated:  July 18, 2019

_____
MAXINE M. CHESNEY
United States District Judge