UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JLT SPECIALTY INSURANCE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY PESTANA, et al., <br><br> Defendants. | Case No. 3:19-cv-02427-MMC (KAW) <br><br> **ORDER TERMINATING MOTION TO COMPEL** <br><br> Re: Dkt. No. 50 |

On July 18, 2019, the district court referred the pending motion to compel to the undersigned. The undersigned does not, however, entertain motions to compel, and instead requires parties to file joint discovery letters to address pending discovery disputes. (Judge Westmore's General Standing Order ¶¶ 13-14, *http://cand.uscourts.gov/kaworders*.) Accordingly, the motion to compel is TERMINATED, and the parties are ordered to meet and confer, and shall do so in person if possible, in an attempt to resolve the pending dispute without court intervention. If those efforts fail to fully resolve all issues of contention, the parties shall jointly write and file a letter outlining any remaining disputes consistent with the Court's Standing Order.

IT IS SO ORDERED.

Dated: July 23, 2019

KANDIS A. WESTMORE
United States Magistrate Judge