BENJAMIN A. EMMERT (SBN 212157)
LITTLER MENDELSON, P.C.
50 West San Fernando Street, 7th Floor
San Jose, CA 95113-2303
Telephone:     (408) 998-4150
Fax No.:         (408) 288-5686
Email:            bemmert@littler.com

DOUGLAS A. WICKHAM (SBN 127268)
HELEN BRAGINSKY (SBN 282359(
LITTLER MENDELSON, P.C.
633 West Fifth Street, 63rd Floor
Los Angeles, CA 90071-3541
Telephone:     (213) 343-4300
Fax No.:         (213) 443-4299
Email:            dwickham@littler.com
                      hbradinsky@littler.com

Attorneys for Plaintiff
JLT SPECIALTY INSURANCE
SERVICES INC.

SEAN E. O'DONNELL (SBN 2907186)
PATRICK M. JOHNSON (SBN 5419221)
DANIEL A. FIELD (SBN 5533526)
HERRICK, FEINSTEIN LLP
Two Park Avenue
New York, NY 10016
Telephone: (212) 592-1581
Email: sodonnell@herrick.com
           pjohnson@herrick.com
           dfield@herrick.com
Appearances *pro hac vice*

STEVEN L. FRIEDLANDER (SBN 154146)
JULIAN PARDO DE ZELA (SBN 246496)
TATYANA SHMYGOL (SBN 267104)
SV EMPLOYMENT LAW FIRM PC
160 Bovet Road, Suite 401
San Mateo, CA 94402
Telephone:     (650) 265-0222
Facsimile:      (650) 265-0223
Email:            sfriedlander@svelf.com
                      julian.pardo.de.zela@svelf.com
                      tshmygol@svelf.com

Attorneys for Defendants
GARY PESTANA, SARAH SHERMAN.
DUSTIN SMITH and RAMY MORCOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JLT SPECIALTY INSURANCE
SERVICES INC., a Delaware
corporation,

                    Plaintiff,

        v.

GARY PESTANA, an individual;
SARAH SHERMAN, an individual;
DUSTIN SMITH, an individual; and
RAMY MORCOS, an individual,

                    Defendants.

CASE NO. 3:19-cv-02427

**JOINT STATUS REPORT**

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. 3:19-cv-02427

JOINT STATUS REPORT

Counsel for plaintiff JLT Specialty Insurance Services, Inc. ("<u>JLT</u>" or "Plaintiff") and counsel for defendants Gary Pestana, Sarah Sherman, Dustin Smith, and Ramy Morcos ("Defendants") (collectively, the "Parties") have met and conferred and prepared the following Joint Status Report pursuant to this Court's August 9, 2019, Order.

## 1.   PLAINTIFF'S STATEMENT

Since the August 9, 2019, Case Management Conference, the Parties have scheduled a settlement conference with Magistrate Judge Joseph C. Spero.  The Settlement Conference is currently set for November 20, 2019.

The Parties have also continued to meet and confer regarding their discovery disputes and have resolved certain of the disputes.  Certain other disputes however, remain open.  For example, the Parties have not reached agreement on certain of Plaintiff's document demands (for example, demands seeking communications between Defendants and the clients that left JLT and went to NFP and the forensic inspection of Defendants' electronic devices.)  Plaintiff intends to submit the remaining disputes to Judge Kandis A. Westmore by October 17, 2019.

The Parties are also meeting and conferring regarding the scheduling of preliminary depositions.

Based on the information learned in Defendants' recent discovery responses that show Defendants were clandestinely working for NFP at the same time they were still employed by JLT, Plaintiff intends to seek leave to file an amended Complaint adding a cause(s) of action for breach of fiduciary duty/duty of loyalty.

Assuming the remaining discovery disputes are resolved in the next three weeks, Plaintiff proposes a filing date for the motion for preliminary injunction in the end of November 2019 and that the briefing schedule follow the FRCP.  Plaintiff proposes a hearing date on the motion for late December 2019/early January 2020.

Plaintiff also proposes a further Case Management Conference be set current with the hearing on the motion for preliminary injunction.  If the Parties need an earlier conference, they can request an earlier date.

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA  95113.2303
408.998.4150

1.                                    CASE NO. 3:19-cv-02427

JOINT STATUS REPORT

**2.      DEFENDANTS' STATEMENT**

Defendants deny that Plaintiff's claims have any merit and believe that Plaintiff is using litigation to prevent fair competition.

Defendants agree that the Parties have continued to meet and confer regarding ongoing discovery disputes and that while certain disputes have been resolved, other disputes remain open—including virtually all of the items raised in Defendants' Motion to Compel and Motion for Protective Order filed on July 17, 2019 at the Court's direction. ECF No. 50.

On August 27, 2019, the Parties engaged in a Pre-Settlement Telephone Conference before Magistrate Judge Joseph C. Spero. In accordance with Magistrate Judge Spero's directive, on August 28, 2019, the Parties met and conferred and agreed to provide supplemental discovery in anticipation of the Parties' Settlement Conference scheduled for November 20, 2019. Defendants have since provided a supplemental document production to JLT on September 27, 2019 with additional productions to be provided on a rolling basis. JLT has yet to provide a supplemental production despite their agreement to do so.

In addition, JLT still refuses to provide documents and interrogatory responses concerning Stephanie Nallen, a JLT employee who submitted a sworn declaration in support of JLT's application for a temporary restraining order.

Similarly, JLT continues to refuse to provide documents and interrogatory responses concerning Joseph Pochron, a JLT-agent and retained expert who also submitted a sworn declaration in support of JLT's application for a temporary restraining order.

JLT requests a host of discovery, including the wholesale forensic inspection of every electronic storage device and computer the Defendants used between August 1, 2018 and the present despite JLT's blatant failure to comply with California Code of Civil Procedure section 2019.210, requiring a party suing for the misappropriation of trade secrets to identify with "reasonable particularity" the purported trade secret(s) which allegedly have been misappropriated before discovery relating to the trade secret(s) may commence.

Defendants intend to submit their remaining disputes to Magistrate Judge Westmore promptly.

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA  95113.2303
408.998.4150

2.

CASE NO. 3:19-cv-02427

JOINT STATUS REPORT

1         Defendants will agree to a reasonable briefing schedule for JLT's proposed preliminary

2 injunction, motion, however, Defendants do not agree to an evidentiary hearing in "late December

3 2019/early January 2020" as proposed by Plaintiff.  Even if discovery is concluded within a reasonable

4 period before this time period (which seems highly unlikely given the current discovery disputes)

5 Plaintiff has provided no basis to impose upon the Court, the witnesses or counsel a trial during the

6 holidays and Defendants' lead counsel will be traveling out of the country during this time period on

7 a planned family vacation.

8         Lastly, Defendants respectfully seek a further Case Management Conference.

9

10

11 Dated: October 11, 2019

12                                             _____/s/ Benjamin A. Emmert_____
BENJAMIN A. EMMERT

13 LITTLER MENDELSON, P.C.
Attorneys for Plaintiff

14 JLT Specialty Insurance Services, Inc.

15 Dated: October 11, 2019

16                                Respectfully submitted,

HERRICK, FEINSTEIN, LLP

17

18                                     _____*/s/ Sean E. O'Donnell*_____
SEAN E. O'DONNELL

19 PATRICK M JOHNSON
DANIEL A FIELD

20 Attorneys for Defendants GARY PESTANA,
SARAH SHERMAN, DUSTIN SMITH, AND

21 RAMY MORCOS
Appearances *pro hac vice*

22 SV EMPLOYMENT LAW FIRM PC

23

24 By: _____*/s/ Steven L. Friedlander*_____
STEVEN L. FRIEDLANDER

25 TATYANA SHMYGOL

26 Attorneys for Defendants GARY PESTANA,
SARAH SHERMAN. DUSTIN SMITH and

27 RAMY MORCOS

28 4822-6819-6009.1 059121.1109

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA  95113.2303
408.998.4150

CASE NO. 3:19-cv-02427

JOINT STATUS REPORT