IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JLT SPECIALTY INSURANCE SERVICES, INC., <br> Plaintiff, <br> v. <br> GARY PESTANA, et al., <br> Defendants. | Case No. 19-cv-02427-MMC <br><br> **ORDER DIRECTING PARTIES TO SUBMIT JOINT STATUS REPORT** <br><br> Re: Dkt. No. 64 |

Before the Court is the parties' Joint Status Report, filed October 11, 2019, in which, inter alia, the parties set forth their respective positions as to an appropriate schedule for the briefing and hearing of plaintiff's anticipated motion for preliminary injunction. In light of the number of discovery disputes remaining to be resolved, and given the upcoming Settlement Conference, the Court finds it preferable to defer setting a briefing schedule pending discovery and settlement proceedings.

Accordingly, the parties are hereby DIRECTED to file, no later than December 18, 2019, a Joint Report, apprising the Court as to the status of discovery and settlement as well as any other matters bearing on scheduling.

**IT IS SO ORDERED.**

Dated: October 18, 2019

MAXINE M. CHESNEY
United States District Judge