| | |
|---|---|
| BENJAMIN A. EMMERT (SBN 212157)<br>LITTLER MENDELSON, P.C.<br>50 West San Fernando Street, 7th Floor<br>San Jose, CA  95113-2303<br>Telephone:  (408) 998-4150<br>Fax No.:  (408) 288-5686<br>Email:  bemmert@littler.com<br><br>DOUGLAS A. WICKHAM (SBN 127268)<br>HELEN BRAGINSKY (SBN 282359(<br>LITTLER MENDELSON, P.C.<br>633 West Fifth Street, 63rd Floor<br>Los Angeles, CA  90071-3541<br>Telephone:  (213) 343-4300<br>Fax No.:  (213) 443-4299<br>Email:  dwickham@littler.com<br>  hbradinsky@littler.com<br><br>Attorneys for Plaintiff<br>JLT SPECIALTY INSURANCE SERVICES INC. | SEAN E. O'DONNELL (SBN 2907186)<br>PATRICK M. JOHNSON (SBN 5419221)<br>DANIEL A. FIELD (SBN 5533526)<br>HERRICK, FEINSTEIN LLP<br>Two Park Avenue<br>New York, NY 10016<br>Telephone: (212) 592-1581<br>Email: sodonnell@herrick.com<br>  pjohnson@herrick.com<br>  dfield@herrick.com<br>Appearances *pro hac vice*<br><br>STEVEN L. FRIEDLANDER (SBN 154146)<br>TATYANA SHMYGOL (SBN 267104)<br>SV EMPLOYMENT LAW FIRM PC<br>160 Bovet Road, Suite 401<br>San Mateo, CA  94402<br>Telephone:  (650) 265-0222<br>Facsimile:  (650) 265-0223<br>Email:  sfriedlander@svelf.com<br>  tshmygol@svelf.com<br><br>Attorneys for Defendants<br>GARY PESTANA, SARAH SHERMAN.<br>DUSTIN SMITH and RAMY MORCOS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JLT SPECIALTY INSURANCE SERVICES INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GARY PESTANA, an individual; SARAH SHERMAN, an individual; DUSTIN SMITH, an individual; and RAMY MORCOS, an individual,<br><br>Defendants. | CASE NO. 3:19-cv-02427<br><br>**JOINT STATUS REPORT** |

Counsel for plaintiff JLT Specialty Insurance Services, Inc. and counsel for defendants Gary Pestana, Sarah Sherman, Dustin Smith, and Ramy Morcos (collectively with Plaintiff, the "Parties") have met and conferred and prepared the following Joint Status Report pursuant to this Court's October 18, 2019 Order.

**1.  THE PARTIES' STATEMENT**

Following the Parties' November 20, 2019 Settlement Conference, the Parties have continued to engage in settlement discussions, and have agreed in principle to settle the instant action in its entirety, subject to entering into an integrated settlement contract and finalizing various ancillary deal terms. Accordingly, the parties are in the process of preparing stipulations staying the instant litigation and a related case pending in New York. While the Parties' various discovery disputes (including the issues identified in Defendants' Motion to Compel (ECF No. 50) and Defendants' Motion for Sanctions and Order Prohibiting Plaintiff from further Violating the Protective Order (ECF No. 69)) remain unresolved, in light of the Parties' anticipated settlement, the Parties respectfully request that for the next 60 days the Court hold in abeyance all deadlines until a formal settlement can be reached and the Parties file a formal Notice of Discontinuance with the Court.

Respectfully submitted,

Dated: December 18, 2019

                                                */s/ Benjamin A. Emmert*
BENJAMIN A. EMMERT
LITTLER MENDELSON, P.C.
Attorneys for Plaintiff
JLT Specialty Insurance Services, Inc.

Dated: December 18, 2019

HERRICK, FEINSTEIN, LLP

                                                */s/ Sean E. O'Donnell*
SEAN E. O'DONNELL
PATRICK M JOHNSON
DANIEL A FIELD

Attorneys for Defendants GARY PESTANA, SARAH SHERMAN, DUSTIN SMITH, AND RAMY MORCOS
Appearances *pro hac vice*

1.

SV EMPLOYMENT LAW FIRM PC

By: _____*/s/ Tatyana A. Shmygol*_____
      STEVEN L. FRIEDLANDER
      TATYANA SHMYGOL

Attorneys for Defendants GARY PESTANA, SARAH SHERMAN. DUSTIN SMITH and RAMY MORCOS

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this Joint Report is submitted, concur in the filing's content and have authorized the filing.

Dated: December 18, 2019

          */s/ Tatyana Shmygol*_____
TATYANA SHMYGOL
SV EMPLOYMENT LAW FIRM PC

Attorneys for Defendants
Gary Pestana, Sarah Sherman, Dustin Smith, and Ramy Morcos

2.

JOINT STATUS REPORT                             CASE NO. 3:19-cv-02427