| | |
|---|---|
| BENJAMIN A. EMMERT (SBN 212157)<br>LITTLER MENDELSON, P.C.<br>50 West San Fernando Street, 7th Floor<br>San Jose, CA 95113-2303<br>Telephone: (408) 998-4150<br>Fax No.: (408) 288-5686<br>Email: bemmert@littler.com | PATRICK M. JOHNSON (SBN 5419221)<br>HERRICK, FEINSTEIN LLP<br>Two Park Avenue<br>New York, NY 10016<br>Telephone: (212) 592-1581<br>Email: pjohnson@herrick.com<br><br>Appearance *pro hac vice* |
| DOUGLAS A. WICKHAM (SBN 127268)<br>HELEN BRAGINSKY (SBN 282359(<br>LITTLER MENDELSON, P.C.<br>633 West Fifth Street, 63rd Floor<br>Los Angeles, CA 90071-3541<br>Telephone: (213) 343-4300<br>Fax No.: (213) 443-4299<br>Email: dwickham@littler.com<br>hbradinsky@littler.com | STEVEN L. FRIEDLANDER (SBN 154146)<br>JULIAN PARDO DE ZELA (SBN 246496)<br>TATYANA SHMYGOL (SBN 267104)<br>SV EMPLOYMENT LAW FIRM PC<br>160 Bovet Road, Suite 401<br>San Mateo, CA 94402<br>Telephone: (650) 265-0222<br>Facsimile: (650) 265-0223<br>Email: sfriedlander@svelf.com<br>julian.pardo.de.zela@svelf.com<br>tshmygol@svelf.com |
| Attorneys for Plaintiff<br>JLT SPECIALTY INSURANCE<br>SERVICES INC. | Attorneys for Defendants<br>GARY PESTANA, SARAH SHERMAN.<br>DUSTIN SMITH and RAMY MORCOS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JLT SPECIALTY INSURANCE SERVICES INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>GARY PESTANA, an individual; SARAH SHERMAN, an individual; DUSTIN SMITH, an individual; and RAMY MORCOS, an individual,<br><br>        Defendants. | Case No. 3:19-cv-02427<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: May 3, 2019<br>Trial Date: Not Set |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff JLT Specialty Insurance Services Inc. and Defendants Gary Pestana, Sarah Sherman, Dustin Smith, and Ramy Morcos through their undersigned counsel that the above-captioned action, including all claims asserted therein, is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil L.R. 77-2(c). It is further stipulated and agreed that neither Plaintiff nor Defendant(s) will be deemed a prevailing party under Federal Rule of Civil Procedure 54 and that each party will bear its own attorneys' fees and litigation costs. .

**IT IS SO STIPULATED.**

Dated: January 2, 2020

       /s/ Benjamin Emmert
BENJAMIN A. EMMERT
LITTLER MENDELSON, P.C.

Attorneys for Plaintiff
JLT SPECIALTY INSURANCE SERVICES INC.

Dated: January 2, 2020

       /s/ Patrick M. Johnson
PATRICK M. JOHNSON
HERRICK, FEINSTEIN, LLP

Attorneys for Defendants
Gary Pestana, Sarah Sherman, Dustin Smith, and Ramy Morcos

Appearance *pro hac vice*

Dated: January 2, 2020

       /s/ Tatyana Shmygol
TATYANA SHMYGOL
SV EMPLOYMENT LAW FIRM PC

Attorneys for Defendants
Gary Pestana, Sarah Sherman, Dustin Smith, and Ramy Morcos

1.

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: January 2, 2020

                                          */s/ Benjamin Emmert*
                                      BENJAMIN EMMERT

Attorneys for Plaintiff
JLT SPECIALTY INSURANCE SERVICES INC.

3.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Pursuant to stipulation, IT IS SO ORDERED. The instant matter is hereby dismissed, in its entirety. The Clerk of the Court is directed to close the file.

Dated: _____        _____
                                    The Honorable Maxine M. Chesney
                                    United States District Judge

4822-9642-9744.1 059121.1109