| | |
|---|---|
| BENJAMIN A. EMMERT (SBN 212157)<br>LITTLER MENDELSON, P.C.<br>50 West San Fernando Street, 7th Floor<br>San Jose, CA 95113-2303<br>Telephone: (408) 998-4150<br>Fax No.: (408) 288-5686<br>Email: bemmert@littler.com | PATRICK M. JOHNSON (SBN 5419221)<br>HERRICK, FEINSTEIN LLP<br>Two Park Avenue<br>New York, NY 10016<br>Telephone: (212) 592-1581<br>Email: pjohnson@herrick.com<br><br>Appearance *pro hac vice* |
| DOUGLAS A. WICKHAM (SBN 127268)<br>HELEN BRAGINSKY (SBN 282359(<br>LITTLER MENDELSON, P.C.<br>633 West Fifth Street, 63rd Floor<br>Los Angeles, CA 90071-3541<br>Telephone: (213) 343-4300<br>Fax No.: (213) 443-4299<br>Email: dwickham@littler.com<br>hbradinsky@littler.com | STEVEN L. FRIEDLANDER (SBN 154146)<br>JULIAN PARDO DE ZELA (SBN 246496)<br>TATYANA SHMYGOL (SBN 267104)<br>SV EMPLOYMENT LAW FIRM PC<br>160 Bovet Road, Suite 401<br>San Mateo, CA 94402<br>Telephone: (650) 265-0222<br>Facsimile: (650) 265-0223<br>Email: sfriedlander@svelf.com<br>julian.pardo.de.zela@svelf.com<br>tshmygol@svelf.com |
| Attorneys for Plaintiff<br>JLT SPECIALTY INSURANCE SERVICES INC. | Attorneys for Defendants<br>GARY PESTANA, SARAH SHERMAN.<br>DUSTIN SMITH and RAMY MORCOS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JLT SPECIALTY INSURANCE SERVICES INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GARY PESTANA, an individual; SARAH SHERMAN, an individual; DUSTIN SMITH, an individual; and RAMY MORCOS, an individual,<br><br>Defendants. | Case No. 3:19-cv-02427<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: May 3, 2019<br>Trial Date: Not Set |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff JLT Specialty Insurance Services Inc. and Defendants Gary Pestana, Sarah Sherman, Dustin Smith, and Ramy Morcos through their undersigned counsel that the above-captioned action, including all claims asserted therein, is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil L.R. 77-2(c). It is further stipulated and agreed that neither Plaintiff nor Defendant(s) will be deemed a prevailing party under Federal Rule of Civil Procedure 54 and that each party will bear its own attorneys' fees and litigation costs. .

**IT IS SO STIPULATED.**

Dated: January 2, 2020

                                                */s/ Benjamin Emmert*
                                      BENJAMIN A. EMMERT
                                      LITTLER MENDELSON, P.C.

Attorneys for Plaintiff
JLT SPECIALTY INSURANCE SERVICES INC.

Dated: January 2, 2020

                                                */s/ Patrick M. Johnson*
                                      PATRICK M. JOHNSON
                                      HERRICK, FEINSTEIN, LLP

Attorneys for Defendants
Gary Pestana, Sarah Sherman, Dustin Smith, and Ramy Morcos

Appearance *pro hac vice*

Dated: January 2, 2020

                                                */s/ Tatyana Shmygol*
                                      TATYANA SHMYGOL
                                      SV EMPLOYMENT LAW FIRM PC

Attorneys for Defendants
Gary Pestana, Sarah Sherman, Dustin Smith, and Ramy Morcos

1.

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: January 2, 2020

                                                 */s/ Benjamin Emmert*
                                                 BENJAMIN EMMERT

                                                 Attorneys for Plaintiff
                                                 JLT SPECIALTY INSURANCE SERVICES INC.

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The instant matter is hereby dismissed, in its entirety. The Clerk of the Court is directed to close the file.

Dated: __January 3, 2020_____        ___*Maxine M. Chesney*___
                                         The Honorable Maxine M. Chesney
                                         United States District Judge

4822-9642-9744.1 059121.1109

3.